**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00553-AP

RICHARD A. OVERTON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| RACHAEL A. LUNDY<br>Michael W. Seckar, P.C.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Telephone: (719) 543-8636<br>Facsimile: (719) 543-8403<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303)454-0770<br>alexess.rea@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

A.  **Date Complaint Was Filed:** March 2, 2012
B.  **Date Complaint Was Served on U.S. Attorney's Office:** March 14, 2012
C. **Date Answer and Administrative Record Were Filed:** May 14, 2012

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7.  OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.  **Plaintiff's Opening Brief Due:** July 16, 2012
B.  **Defendant's Response Brief Due:** August 15, 2012
C.  **Plaintiffs Reply Brief (If Any) Due:** August 30, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
   Plaintiff does not request oral argument.

**B. Defendant's Statement:**
   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   (**X**)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.   ()  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 4th day of June, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

s/
RACHAEL A. LUNDY
Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
Facsimile: (719) 543-8403
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

 s/  *Alexess D. Rea*
ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303) 454-0770
alexess.rea@ssa.gov

Attorneys for Defendant