IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00553-WYD

RICHARD A. OVERTON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security[1],

    Defendant.

## ORDER

THIS MATTER is before the Court on the filing entitled "Stipulated Fees Under the Equal Access to Justice Act."  The parties state in the Stipulation that they have reached a settlement as to Plaintiff's request for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  In that regard, the parties agree that Plaintiff will receive attorney fees in the amount of $4,959.13.  Having reviewed the filing and being fully advised in the premises, it is

ORDERED that the parties' stipulation in the form of the "Stipulated Fees under the Equal Access to Justice Act" filed on June 6, 2013 (ECF No. 25) is **APPROVED**.  In accordance therewith, it is

ORDERED that Plaintiff is awarded attorney fees in the amount of **$4,959.13**.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is substituted for Michael G. Astrue.

Dated: June 12, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior United States District Judge